**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1734**

TONI MARIE DAVIS,

        Plaintiff - Appellant,

    v.

JOSEPH ROBINETTE BIDEN, JR., President of the United States,

        Defendant - Appellee,

    and

THE FEDERAL GOVERNMENT,

        Defendant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Albert David Copperthite, Magistrate Judge.  (1:21-cv-02904-ADC)

Submitted:  December 20, 2022            Decided:  December 29, 2022

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Toni Marie Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Toni Marie Davis appeals the magistrate judge's* order dismissing her amended complaint based on sovereign immunity and lack of standing. We have reviewed the record and find no reversible error. Accordingly, we affirm the magistrate judge's order. *Davis v. Biden*, No. 1:21-cv-02904-ADC (D. Md. June 29, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* The parties consented to proceed before a magistrate judge. *See* 28 U.S.C. § 636(c).

2